Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 17−15971−MBK
                              Chapter: 13
                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cristian Ramos Zepeda
   75 Battle Place
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−3715

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/28/17.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 29, 2017
JAN: ckk

                                                                          Jeanne Naughton
                                                                          Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 17-15971-MBK
Cristian Ramos Zepeda                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Aug 29, 2017
                              Form ID: 148             Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db              +Cristian Ramos Zepeda,    75 Battle Place,    Somerset, NJ 08873-3601
516725981       +Cenlar,    PO Box 77404,    Trenton, NJ 08628-6404
516725982       +KML Law Group,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517014781       +Manufacturers and Traders Trust Company, et al,    c/o Cenlar FSB,    425 Phillips Blvd,
                  Ewing, NJ 08618-1430
516725983       +Maria Inocente Ramos Zepeda,    75 Battle Place,    Somerset, NJ 08873-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 00:55:58     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 00:55:54     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516725979       +EDI: CAPITALONE.COM Aug 30 2017 00:33:00      Capital One,    PO Box 30281,
                  Salt Lake City, UT 84130-0281
516810821        EDI: CAPITALONE.COM Aug 30 2017 00:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC 28272-1083
517013232        EDI: PRA.COM Aug 30 2017 00:28:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516725985       +EDI: WFFC.COM Aug 30 2017 00:28:00      Wells Fargo,    PO Box 25341,   Santa Ana, CA 92799-5341
516725986       +EDI: WFFC.COM Aug 30 2017 00:28:00      Wells Fargo,    PO Box 14517,   Des Moines, IA 50306-3517
516817134        EDI: WFFC.COM Aug 30 2017 00:28:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                  P.O. Box 19657,    Irvine, CA 92623-9657
516969709        EDI: WFFC.COM Aug 30 2017 00:28:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                  PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516725980*      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516725984*      +Maria Inocente Ramos Zepeda,    75 Battle Place,    Somerset, NJ 08873-3601
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
              Alan G. Cosner    on behalf of Debtor Cristian  Ramos Zepeda cosner@cosnerlaw.com,
               r52163@notify.bestcase.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a M&T
               Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```