UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Cristian Ramos Zepeda

Order Filed on August 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-15971 / MBK

Chapter: 13

Hearing Date: August 22, 2017

Judge:  Michael B. Kaplan

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: August 28, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to attend the Section 341(a) meeting

- failure to file required schedules, statements, plan and/or summary

- failure to file a feasible plan, income and/or budget statement

- lack of prosecution

- failure to attend Confirmation Hearing

- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15971-MBK
Cristian Ramos Zepeda                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1          Date Rcvd: Aug 29, 2017
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db              +Cristian Ramos Zepeda,    75 Battle Place,    Somerset, NJ 08873-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
         Alan G. Cosner    on behalf of Debtor Cristian  Ramos Zepeda cosner@cosnerlaw.com,
          r52163@notify.bestcase.com
         Albert  Russo   docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a M&T
          Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 4