UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ALAN G. COSNER, ESQ.
COSNER YOUNGELSON
197 Highway 18, Suite 104
East Brunswick, NJ  08816
(732) 937-8000
cosner@cosnerlaw.com
Attorney for Debtor Cristian Ramos Zepeda

Order Filed on November 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Cristian Ramos Zepeda,

Debtor.

Case Number: 17-15971

Hearing Date: 11/7/17 at 10:00 am

Judge: MBK

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____Alan G. Cosner_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

***CONFIRMATION HEARING SCHEDULED FOR 12/26/2017 at 10:00 A.M., TRENTON, COURTROOM #8***

*new.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15971-MBK
Cristian Ramos Zepeda                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 08, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
db              +Cristian Ramos Zepeda,    75 Battle Place,    Somerset, NJ 08873-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:
              Alan G. Cosner    on behalf of Debtor Cristian  Ramos Zepeda cosner@cosnerlaw.com,
               r52163@notify.bestcase.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a M&T
               Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4